NUMBER 13-05-787-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE LEFLEUR
TRANSPORTATION OF TEXAS, INC., 

LEFLEUR
TRANSPORTATION CO. OF TUPELO, INC., 

AND
ARACELIA GONZALEZ IBARRA, INDIVIDUALLY

 

 

 

                      On Petition for Writ of
Mandamus

 

 

 

                     MEMORANDUM OPINION

 

                     Before Justices Hinojosa, Ya_ez, and Castillo

                             Per Curiam Memorandum Opinion

 








Relators, Le Fleur Transportation of Texas, Inc.,
LeFleur Transportation Co. of Tupelo, Inc. and Aracelia Gonzalez Ibarra,
Individually, filed a motion for emergency stay and petition for writ of
mandamus in the above cause on December 29, 2005. Having examined and fully
considered the motion and petition for writ of mandamus, the Court is of the
opinion that (1)  relators have not shown
themselves entitled to the relief sought and, thus, (2) the motion and petition
must be denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the motion for emergency stay is
DENIED and the petition for writ of mandamus is DENIED.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this
5th day of January, 2006.